# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAMELA DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | NO. C11-817-MJP<br><br>ORDER REMANDING CASE |

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

ORDER REMANDING CASE - 1

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 13th day of February, 2012.

Marsha J. Pechman
United States District Judge

ORDER REMANDING CASE - 2